KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**To**:       CLERK, UNITED STATES BANKRUPTCY COURT

**Re**:       UNDISTRIBUTED FUNDS - 3011

**Case No.**: **LA11-19799-NB**

**Debtor(s)**: Thomas F. Morton
248 E. El Sur Street
Monrovia, CA 91016

Lei H. Morton (Co-Debtor)

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds. Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT | CHECK NUMBER |
|---|---|---|
| Thomas F. Morton and Lei H. Morton | $4,537.00 | 1116443 |

248 E. El Sur Street
Monrovia, CA 91016

DATED: December 1, 2016

Kathy A. Dockery
Chapter 13 Trustee